UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ERWIN FERNANDO CALDERON,
and FELIPE RODRIGUEZ,
on behalf of themselves and all
others similarly-situated,

      Plaintiffs,    **NOTICE TO TAKE**
                **DEPOSITION UPON**
                **ORAL EXAMINATION**

                **Docket No.: 14-CV-2616**

  -against-

MULLARKEY REALTY, LLC, DENIS
P. MULLARKEY LLC, and DENIS P.
MULLARKEY, in his individual and
professional capacities,

      Defendants.
----------------------------------------------------------------X

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the plaintiff will take the deposition upon oral examination of the defendant DENIS P. MULLARKEY, at the offices of the undersigned counsel for plaintiff, 1010 Northern Boulevard, Suite 328, Great Neck, New York 11021 at 10:00 a.m. on the 20th day of April, 2015. The deposition shall be taken before a notary public and be recorded by stenographic means.

Dated: March 18, 2015
   Great Neck, New York

                Borrelli & Associates, P.L.L.C.

            By: *[signature]*
                Christopher J. Berlingieri, Esq.
                1010 Northern Boulevard, Suite 328
                Great Neck, New York 11021
                Tel.: (516) 248-5550

To:    Matthew A. Brown, Esq.
        Milman Labuda Law Group, PLLC
        3000 Marcus Avenue, Suite 3W8
        Lake Success, NY 11042